1  COLE R. SHERIDAN (Bar No. 215109)
   THE LAW OFFICES OF COLE SHERIDAN
2  9350 Wilshire Boulevard, Suite 203
3  Beverly Hills, CA 90212
4  Phone: (310) 819-9640 / Fax: (310) 819-9641

5  Attorney for Defendants,
6  Stephen Pearcy and Artists Worldwide, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| WBS, INC., a California corporation, | Case No. 2:16-cv-03495 |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STEPHEN PEARCY; *et al*. | |
| Defendants. | |

This action came on for hearing before the Court, the Honorable Dean D. Pregerson, District Judge presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered (Docket No. 115),

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of all Defendants and against Plaintiff WBS, Inc., that plaintiff take nothing, the action be dismissed on the merits, and that defendants STEPHEN PEARCY and ARTISTS WORLDWIDE, INC. recover its costs, under FRCP 54(d); 28 USC §1920.

DATED: __May 2__, 2018         By: _____
                                    UNITED STATES DISTRICT COURT
                                    HONORABLE DEAN D. PREGERSON